Case 06-90310    Filed 11/23/09    Doc 106

*POSTED ON WEBSITE*
*NOT FOR PUBLICATION*

FILED
NOV 2 3 2009
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| | |
|---|---|
| In re: | Case No. 06-90310-D-7 |
| STANISLAUS SCHOOL EQUIPMENT, INC., | |
| Debtor. | DATE: November 4, 2009<br>TIME: 10:30 a.m. |

**This memorandum decision is not approved for publication and may not be cited except when relevant under the doctrine of law of the case or the rules of claim preclusion or issue preclusion.**

### MEMORANDUM DECISION

Stanislaus School Equipment, Inc. (the "debtor") filed a Chapter 7 petition on June 23, 2006. Michael McGranahan was appointed as the Chapter 7 trustee and continues in that capacity (the "trustee"). On June 27, 2006 a notice of commencement of case, which included the setting of a claims bar date, was filed and served (the "Notice"). The Notice set a claims bar date of October 18, 2006.

On November 2, 2006 the debtor filed a proof of claim on behalf of Michael Santellan, stating an unsecured claim of $131,000, and a priority claim of $10,000. This proof of claim is claim number 39 on the court's docket (the "Claim"). The trustee filed an objection to the Claim, asserting that the Claim was not timely filed. The debtor responded to the trustee's

objection, asserting that the Claim was timely filed pursuant to FRBP 3004. This rule allows a claim to be filed by a trustee or a debtor within 30 days' of expiration of the claims bar date.

Although the Claim is signed by Mr. Santellan, he signed the Claim as an officer of the debtor and on behalf of the debtor. Accordingly, the court finds that the Claim was timely filed pursuant to FRBP 3002(c) and 3004. For the reason stated, the trustee's objection to the Claim will be overruled by separate order.

Dated: NOV 23 2009

ROBERT S. BARDWIL
United States Bankruptcy Judge

**CERTIFICATE OF MAILING**

I, Andrea Lovgren, in the performance of my duties as Deputy Clerk to the Honorable Robert S. Bardwil, mailed by ordinary mail a true copy of the attached document on today's date to each of the parties listed below:

Office of the US Trustee
501 "I" Street, 7th Floor
Sacramento, CA 95814

Carl Collins
P.O. Box 3291
Modesto, CA 95353-3291

Michelle Oleksa
8939 N Chestnut Ave., #404
Fresno, CA 93720

DATE:   NOV 23 2009

_____
Deputy Clerk